

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00065-CV

_____

IN RE OBADIAH KINARA, Relator

---

Original Proceeding
Probate Court No. 2 of Tarrant County, Texas
Trial Court No. 2021-PR00264-2

---

Before Birdwell, Bassel, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, real party in interest's response, and relator's reply and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: September 10, 2021